AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ **State and** _____ **DISTRICT OF** _____ New Mexico _____

UNITED STATES OF AMERICA

**v.**

**CRIMINAL COMPLAINT**

**Daniel Troglia**

Ernest    (Greg)

CASE NUMBER: 09-2656 MJ

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about **September 8, 2009** in **Socorro, Sierra, and Dona Ana** county, in the

_____ State and _____ District of **New Mexico** defendant(s) did, (Track Statutory

Knowingly and intentionally persuade, induce, entice, or coerce a minor to engage in sexual activity changeable as a criminal offense; knowingly and intentionally attempt to transport a minor to engage in criminal sexual activity; and, travel in interstate commerce with intent to engage in illicit sexual conduct

in violation of Title ___ **18** ___  United States Code, Section(s) **2422(b) & 2423(a), (b)** ___ .

I further state that I am a(n) ___ **Special Agent** ___  and that this complaint is based on the following facts:
Official Title

See Attached Affidavit attached and hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_Ida M. D'Antonio_
Signature of Complainant

**AUSA -Andrea Hattan**
Sworn to before me and subscribed in my presence,

**Ida M. D'Antonio**
**Special Agent**
**Federal Bureau of Investigation**

Date    **GREGORY B. WORMUTH**
**U.S. MAGISTRATE JUDGE**

at _____ City and State

Name & Title of Judicial Officer

Signature of Judicial Officer

IN THE DISTRICT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

United States of America  )
                          )
             vs.          )
                          )      No.
       Daniel Troglia     )
                          )
_____)

AFFIDAVIT


        I, Ida M. D'Antonio, being first duly sworn, hereby depose and state as follows:

        1.   This matter concerns an investigation into a subject who enticed a minor via the Internet transporting a minor in interstate commerce with the intent that the minor engage in sexual activity which any person can be charged with a criminal offense, and traveled in interstate commerce, to engage in such sexual activity with a minor.  This affidavit is made in support of a criminal compliant, because probable cause exists to charge Daniel Troglia with violations of Title 18, United States Code (U.S.C.), Section 2422(b), whoever, using any facility or means of interstate commerce, knowingly entices any individual who has not attained the age of 18 years, to engage in any sexual activity, for which any person can be charged with a criminal offense, Title 18, U.S.C. 2423(a), a person who knowingly transports an individual who has not attained the age of 18 years in interstate commerce, with intent that the individual engage in any sexual activity, for which any person can be charged with a criminal offense, and Title 18, U.S.C. 2423(b), a person who travels in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person.

2.   I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) currently assigned to the Albuquerque Division, Las Cruces Resident Agency (LCRA), and have been employed by the FBI for approximately twelve and a half years.  As a Special Agent of the FBI, I am authorized to investigate crimes involving the sexual exploitation of children including violations of Title 18, United States Code, Sections 2422 and 2423.  My training includes attending numerous Crimes Against Children Seminars.  I have investigated approximately 31 cases involving the sexual exploitation of children.

3.   All the facts set forth in this Affidavit are personally known to me or have been made known to me by other sworn law enforcement officers.

4.   On September 8, 2009, at approximately 1:00 p.m., Daniel Troglia and Jane Doe, herein referred to as subject and victim, respectively, were traveling west on Interstate 10 in subject's 2001 Dodge Durango pick up truck bearing Arizona (AZ) license plate 531WWV.  When subject approached the United States Border Patrol (USBP) Checkpoint, located 20 miles west of Las Cruces, NM, subject was questioned by Border Patrol Agents (BPAs).  When BPAs questioned victim, subject would answer the questions for her.  BPAs escorted victim inside the checkpoint, where she admitted she was 13 years of age and had met subject on the Internet.  She admitted she was running away from home.  BPAs contacted New Mexico State Police (NMSP) for further investigation.

5. While subject was being questioned by Investigator Ricky Herrera, NMSP, the subject admitted that on September 8, 2009, he traveled from his residence in Mesa, AZ to Socorro, NM to meet victim and transport her to his residence in AZ.  Subject advised that he met victim via the Internet approximately four months ago.  He further admitted

that while en route back to AZ, subject fondled victim's breasts and vaginally penetrated victim with his fingers. NMSP contacted the FBI for assistance.

6. SAs Larry L. Houpt and D'Antonio took custody of subject and transported him to the Las Cruces FBI office.  He was read his Miranda Rights, understood them, and affixed his signature on the form, advising he would provide a statement.

7. Subject advised that approximately four months ago, he met victim on the My Space website.  According to subject, victim's My Space web page listed her age as 19. During the e-mail exchanges, the victim finally admitted to subject that she was 13 years of age.  Subject advised he had already fallen in love with victim and could not cease contact with her, despite the fact that subject knew she was only 13.

8. Subject purchased victim a cellular phone in AZ and mailed it to victim in Socorro, NM.  The cell phones became their primary means of communication.  Subject admitted that they were sexually attracted to one another, and therefore, engaged in a lot of "phone sex" conversations. While having phone sex, he would instruct victim to touch her breasts and her vagina.  Subject advised that victim would ask him to masturbate while they conversed on the phone.

9. Subject advised that he asked victim to send him nude photos of her breasts and vagina.  Victim sent subject about seven nude photos of herself via her camera cellular phone.  In turn, subject sent victim approximately seven nude photos of his penis via his camera cellular phone.

10. According to subject, on September 7, 2009, victim contacted subject and asked him to pick her up in

Socorro, NM because she was fighting with her mother. Concerned for her safety, subject traveled from AZ to NM on September 8, 2009, to help victim.  Once victim was in subject's vehicle, subject was "overwhelmed" by his sexual attraction to victim.  Subject admitted that on three occasions, while en route back to AZ, he fondled victim's breasts and penetrated her vagina with his fingers.  The above contacts occurred in Socorro County, Sierra County, and Dona Ana County, respectively.

11. Subject advised that after he learned victim was 13 years old, but before he traveled to NM, he had asked victim to marry him and they talked about victim being the mother of his children.  Subject advised that once he returned to his residence in AZ, he was wanting to engage in sexual activity with victim.

12. Based on the above information, the Affiant believes that probable cause exists to charge Daniel Troglia with violations of Title 18, United States Code, Section 2422(b), whoever, using any facility or means of interstate commerce, knowingly entices any individual who has not attained the age of 18 years, to engage in any sexual activity, for which any person can be charged with a criminal offense, Title 18, U.S.C. 2423(a), a person who knowingly transports an individual who has not attained the age of 18 years in interstate commerce, with intent that the individual engage in any sexual activity, for which any person can be charged with a criminal offense, and Title 18, U.S.C. 2423(b), a person who travels in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person.

Ida M. D'Antonio
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 10th day of Sep ,
.

U.S. Magistrate