IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 09CR3467 JP |
| vs. | ) 18 U.S.C. § 2423(b): Travel With Intent to Engage in Illicit Sexual Conduct. |
| **DANIEL ERNEST TROGLIA**, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about September 7-8, 2009, in Socorro County, in the District of New Mexico, and elsewhere, the defendant, **DANIEL ERNEST TROGLIA**, traveled in interstate commerce from Maricopa County, in the District of Arizona, to Socorro County, in the District of New Mexico, for the purpose of engaging in illicit sexual conduct with another person, to wit: a sexual act (as defined in 18 U.S.C. § 2246) with a person under 18 years of age that would be in violation of chapter 109A, Title 18, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States, to wit: knowingly engaging in a sexual act with another person who has attained the age of 12 years but has not attained the age of 16 years, and is at least four years younger than the defendant, in violation of 18 U.S.C. § 2243(a).

In violation of 18 U.S.C. § 2423(b).

GREGORY J. FOURATT
United States Attorney

ANDREA W. HATTAN
Assistant United States Attorney
555 S. Telshor Blvd., Suite 300
Las Cruces, NM 88011
(575) 522-2304