# NOTICE OF HEARINGS

### CALENDAR FOR MONDAY - WEDNESDAY, MAY 24-26, 2010
### LAS CRUCES
### BEFORE HON. JAMES A. PARKER

**BY DIRECTION OF THE HONORABLE JAMES A. PARKER, SENIOR UNITED STATES DISTRICT JUDGE, the following criminal cases will be heard as follows:**

*Spanish Interpreter Required

**Monday, May 24, 2010 – 420 Mimbres Courtroom (North Tower)**

| 1:30 p.m. | | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|---|
| CR 07-1801 JP | (Revocation) | Tommy J. Serna | Barbara Mandel |
| CR 08-2396 JP* | (Revocation) | Andres Hernandez-Dominguez | Barbara Mandel |
| CR 10-485 JP* | | Andres Hernandez-Dominguez | Barbara Mandel |
| CR 10-276 JP | | Laura Elizabeth Merino | Barbara Mandel |
| CR 10-666 JP* | | Juan Alonso Lopez-Castro | Barbara Mandel |
| CR 10-487 JP* | | Alberto Cordova-Arvizu | Leon Schydlower |

| 2:30 p.m. | | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|---|
| CR 08-2564 JP | (Revocation) | Jared Nathaniel Ellison | James Langell |
| CR 09-1086 JP | | David Higuera, Jr. | James Langell |
| CR 09-3468 JP | | Arturo Rueda-Rivas | James Langell |
| CR 10-497 JP* | | Javier Eduardo Cazares-Salais | James Langell |
| CR 10-533 JP* | | Ezequiel Guadalupe Garcia-Cruz | James Langell |
| CR 10-555 JP* | | Rodolfo Perez-Reveles | James Langell |
| CR 08-2556 JP* | (Revocation) | Jose Jimenez-Olguin | Anthony White |
| CR 10-832 JP* | | Jose Jimenez-Olguin | Anthony White |

| **3:30 p.m.** | | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|---|
| CR 08-1372 JP | | Richard Lee Arlaud | Dennis Candelaria |
| CR 09-1741 JP | | Richard Gamboa | Dennis Candelaria |
| CR 09-3461 JP | | Armando Valencia, Sr. | Dennis Candelaria |
| CR 10-782 JP* | | Salvador Ruiz-Robles | Dennis Candelaria |
| CR 07-2560 JP | (Revocation) | Dennis Stuart | Dennis Candelaria |
| CR 10-378 JP* | | Ricardo Tellez-Giron | Bernadette Sedillo |
| CR 09-1741 JP | | **SEALED** | Bernadette Sedillo |
| CR 09-2935 JP | | **SEALED** | Dennis Candelaria |

**Tuesday, May 25, 2010 – 420 Mimbres Courtroom (North Tower)**

| **8:30 a.m.** | | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|---|
| CR 08-2999 JP | (Revocation) | Manuel Morales | Jane Greek |
| CR 09-2666 JP | | Alberto Enrique Carlo | Jane Greek |
| CR 10-417 JP | | Elizabeth Quezada | Jane Greek |
| CR 10-352 JP* | | Jesus Palomino-Valdiviezo | Mario Carreon |
| CR 10-556 JP* | | Ramon Alfredo Rascon-Araujo | Mario Carreon |
| CR 09-3111 JP | | Stephen Ketchum May | Richard Cauble |
| CR 10-609 JP* | | Jacobo Pacheco-Ochoa | Edith Reeves |

| **9:30 a.m.** | | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|---|
| CR 09-2236 JP* | (Revocation) | Joaquin Alvarado-Alamillo | Cesar Pierce-Varela |
| CR 10-352 JP* | | Joaquin Alvarado-Alamillo | Cesar Pierce-Varela |
| CR 10-475 JP | | Angelica Selina Guereque | Anthony Gonzales<br>Cesar Pierce-Varela |
| CR 10-556 JP* | | Jesus Manuel Corredor-Quezada | Cesar Pierce-Varela |
| CR 10-609 JP* | | Jose Ruiz-Monge | Cesar Pierce-Varela |
| CR 10-556 JP* | | Jose Rosales-Pena | Howard Anderson |
| CR 10-714 JP* | | Fernando Sierra-Contreras | Howard Anderson |

| **10:30 a.m.** | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|
| CR 09-3555 JP | Joseph E. Montoya, Jr. | Andre Poissant |
| CR 10-194 JP | Lorena Herrera | Andre Poissant |
| CR 10-427 JP* | Gabriel Galaz-Rivera | Andre Poissant |
| CR 10-538 JP* | Francisco Nestor Espinoza-Batista | Andre Poissant |

| **10:30 a.m.** | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|
| CR 10-556 JP* | Fausto Serrano-Valois | Andre Poissant |
| CR 10-556 JP* | Gregorio Mendez-Barron | F. Mario Ortiz |
| CR 09-1128 JP | **SEALED** | F. Mario Ortiz |
| CR 09-336 JP | **SEALED** | Andre Poissant |

| **1:30 p.m.** | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|
| CR 10-195 JP | Carlos Ruben Gomez | Greg Garvey |
| CR 10-593 JP* | Alvaro Hernandez-Cruz | Greg Garvey |
| CR 10-196 JP | Gabriel Johnathon Thyberg | Charles Harwood |
| CR 10-352 JP* | Hector Rivera-Quintana | Charles Harwood |
| CR 10-428 JP* | Jose Espinoza-Torres | Charles Harwood |
| CR 10-496 JP* | Roberto Flores-Mancilla | Charles Harwood |
| CR 10-610 JP* | Fidel Chaparro-Lopez | Mary Stillinger |

| **2:30 p.m.** | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|
| CR 09-3585 JP* | Jorge Antonio Madrid-Murillo | Don Morrison |
| CR 10-285 JP* | Francisco Javier Guzman | Don Morrison |
| CR 10-352 JP* | Edgar Palomino-Valdiviezo | Ken Del Valle |
| CR 10-442 JP* | Javier Nunez-Jimenez | Darcy Riley |
| CR 10-487 JP* | Ramiro Francisco Nevarez-Valencia | Mark D'Antonio |
| CR 10-352 JP* | Guillermo Reyes-Luna | Paul Rubino |
| | **Motion Hearing** | |
| CR 09-837 JP | Tommy Joseph Lee Burke | Paul Rubino |

| **3:30 p.m.** | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|
| CR 09-3467 JP | Daniel Ernest Troglia | Peter Edwards |
| CR 10-126 JP* | Alonso Ernesto Velo-Cano | Peter Edwards |
| CR 10-487 JP* | Jose Jesus Romero-Salas | Peter Edwards |
| CR 10-609 JP* | Jesus Antonio Ruiz-Monge | Peter Edwards |
| CR 98-100 JP | Michael A. Avila | Peter Edwards |
| CR 10-597 JP | Milton Morales | Ray Velarde |
| CR 09-3477 JP* | **SEALED** | Ray Velarde<br>Steven Almanza |
| CR 10-129 JP | **SEALED** | Peter Edwards |

**Wednesday, May 26, 2010 – 420 Mimbres Courtroom (North Tower)**

| 8:30 a.m. | **Sentencing Hearings** | **Defense Counsel** |
|---|---|---|
| CR 10-352 JP* | Gerardo Alvarado-Alamillo | Noel Orquiz |
| CR 10-482 JP* | Valente Chavez-Marquez | Noel Orquiz |
| CR 10-556 JP* | Victor Alfonso Marquez-Parra | Noel Orquiz |
| CR 10-609 JP* | Jose Julian Rivas-Licona | Noel Orquiz |
| CR 10-714 JP* | Rigoberto Jimenez-Campo | Noel Orquiz |
| CR 09-3556 JP | **SEALED** | Noel Orquiz |
| CR 07-2568 JP | **SEALED** | Stephen Hosford |
| CR 09-2380 JP | **SEALED** | Stephen Hosford |
| CR 09-2937 JP | **SEALED** | Stephen Hosford |

MATTHEW J. DYKMAN, CLERK OF COURT

_____

Please direct all inquiries to:    Debbie MacDonald
Administrative Assistant to Judge Parker
505/348-2220

A true copy of this notice/order was served – via mail or
electronic means – to counsel of record as they are shown on the Court's docket.

To obtain daily information regarding court settings, please refer to the court calendar which can be accessed through the
Court's website at http://www.nmcourt.fed.us/dcdocs.